McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:07-cr-00156 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER FOR CONTINUANCE |
| v. | ) | |
| | ) | |
| DAMIEN RIDEAUX, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between McGregor W. Scott,

United States Attorney and Kimberly A. Sanchez, Assistant U.S.

Attorney and Joan Levie, attorney for defendant, that the

defendant's sentencing currently scheduled for December 6, 2007

at 8:15 a.m. is continued to December 21, 2007 at 9:00 a.m..

    Since the time of the change of plea proceeding, defense

counsel has experienced several emergencies and is currently in

trial on another matter.  Thus, additional time is

//

//

//

//

needed to address any objections to the pre-sentence report and

prepare for sentencing.

Dated: November 9, 2007                    Respectfully submitted,

                                           McGREGOR W. SCOTT
                                           United States Attorney


                                  By     /s/ Kimberly A. Sanchez
                                         KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney

Dated: November 9, 2007                   /s/ Joan Levie
                                          JOAN LEVIE
                                          Attorney for Defendant




GOOD CAUSE EXISTS FOR THE CONTINUANCE. GRANTED.

IT IS SO ORDERED.

**Dated:    November 9, 2007            /s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE